IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| REZA VAFAIYAN, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:13-CV-137 |
| WILLIAM STEPHENS, Director, Texas Dep't of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary proceeding. On August 5, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied because petitioner did not lose any good-time credits as a result of the disciplinary proceeding. *See Malchi v. Thaler*, 211 F.3d 953, 958 (5th Cir. 2000). On August 29, 2013, petitioner filed his objections to the Report and Recommendation, indicating he had lost good-time credits as a result of the disciplinary proceeding. On September 25, 2013, by order of the Court, respondent filed a copy of the disciplinary grievance and disciplinary hearing records. These records confirm petitioner did not lose good-time credits as a result of the challenged disciplinary proceeding.

Consequently, petitioner's objections are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this 30th day of September 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE